**CAUSE NUMBER 241-1467-12**

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 241ST JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| JAMES CALVERT | § | SMITH COUNTY, TEXAS |

## ORDER APPOINTING 11.07 WRIT COUNSEL

On this the 7th day of December, 2015, the Court hereby appoints HONORABLE DAVID SCHULMAN to represent the Defendant in this cause as 11.07 WRIT COUNSEL.

The Court appointed Attorney Jeff Haas as First Chair Counsel and Attorney Jason Cassel as Second Chair Counsel to represent the Defendant as Trial Counsel.

The record will reflect the Defendant WAIVED his right to Court Appointed Counsel, after Ferreta warnings on February 6, 2014, signing a written waiver, and proceeded PRO SE.

The Court then appointed First Chair Counsel Jeff Haas and Second Chair Counsel Jason Cassel as Standby Counsel for the PRO SE Defendant.

On September 15, 2015, during trial, the Court terminated PRO SE Defendant's right to represent himself, and reinstated Standby Counsel Attorneys to represent the Defendant as Trial Counsel.

Signed and Entered this the 7th day of December, 2015.

JACK SKEEN, JR.
Judge, 241st District Court

cc:    Matt Bingham, Criminal District Attorney
       Mike West, Assistant District Attorney
       David Schulman, Attorney, 11.07 Writ
       Doug Parks, Attorney, Direct Appeal
       Abel Acosta, Clerk, Court of Criminal Appeals

